## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Arian Wade -v- Chief James Collier, Jr., et. al., | FILED: MAY 20, 2008<br>08CV2931         TG<br>JUDGE KENDALL<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Arian Wade

| NAME (Type or print) |
|---|
| Kathleen T. Zellner |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *Kathleen T. Zellner* |
| FIRM<br>Kathleen T. Zellner & Associates |
| STREET ADDRESS<br>2215 York Road, Suite #504 |
| CITY/STATE/ZIP<br>Oakbrook, Illinois 60523 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6184574 | (630) 955-1212 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |