# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>Arian Wade -v- Chief James Collier, Jr., et. al., | Case Number:<br>FILED: MAY 20, 2008<br>08CV2931        TG<br>JUDGE KENDALL<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Arian Wade

| |
|---|
| NAME (Type or print)<br>Anne E. Zellner |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *Anne E. Zellner* |
| FIRM<br>Kathleen T. Zellner & Associates |
| STREET ADDRESS<br>2215 York Road, Suite #504 |
| CITY/STATE/ZIP<br>Oakbrook, Illinois  60523 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6291127 | TELEPHONE NUMBER<br>(630) 955-1212 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐