AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ARJAN WADE

    Plaintiff,

v.

CHIEF JAMES COLLIER, JR. (Star No. 100), DEPUTY CHIEF DONALD MOBLEY (Star No. 188), LIEUTENANT JOSE MASARIEGOS (Star No. 190), OFFICER DEWAYNE WHEELER (Star No. 245), OFFICER THEODORE YANCY (Star No. 259), OFFICER MAURICE MACKLIN (Star No. 333), OFFICER JEFFERY MARKVART (Star No. 321) and the VILLAGE OF MAYWOOD,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08CV2931

ASSIGNED JUDGE: JUDGE KENDALL

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

Chief James Collier, Jr.
Maywood Police Department
125 South 5th Avenue
Maywood, Illinois 60153

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathleen T. Zellner & Associates
2215 York Road, Suite #504
Oakbrook, Illinois 60523

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

May 21, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE Thursday May 22, 2008 |
| NAME OF SERVER (PRINT) Thomas O. Kirby | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Served Chief James Collier Jr. by handing copies to Arlean Ireland clerk for the Village of Maywood at 40 Madison Street Maywood, IL

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 22, 2008
            Date                  *Signature of Server*

E.R. Kirby & Associates, 783 N. York Road Elmhurst, IL
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.