IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ARIAN WADE, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 08 CV 2931 |
| | ) | Judge Kendall |
| CHIEF JAMES COLLIER, JR., ET AL. | ) | Magistrate Judge Cox |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANTS', FILL IN, MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE PLEAD

NOW COME Defendants, CHIEF JAMES COLLIER, DEPUTY CHIEF MOBLEY, LIEUTENANT JOSE MASARIEGOS, OFFICER DEWAYNE WHEELER, OFFICER THEODORE YANCY, and the VILLAGE OF MAYWOOD ("Defendants"), by and through their attorney, Kathleen T. Henn, of KLEIN, THORPE & JENKINS, LTD., and in support of their motion for an extension of time to file an answer or otherwise plead states as follows:

1. The summonses in this case were served upon Defendants on May 22, 2008.

2. According to the Federal Rules of Civil Procedure, Defendants' response to the Complaint is due by June 11, 2008.

3. Counsel for defendants was assigned this case by the Village of Maywood's insurer on June 3, 2008.

4. This case is brought pursuant to Section 1983 and alleges violation of due process, conspiracy (under state and federal law), malicious prosecution, and failure to intervene.

5. Counsel needs time to review and analyze the pleadings to properly proceed or otherwise respond.

6. On June 5, 2008, Counsel for Defendants spoke with Plaintiff's counsel by telephone. Plaintiff's Counsel stated that she had no objection to Defendants' request for an extension of time.

7. This Motion is Defendants first request for an extension of time.

WHEREFORE, Defendants, CHIEF JAMES COLLIER, DEPUTY CHIEF MOBLEY, LIEUTENANT JOSE MASARIEGOS, OFFICER DEWAYNE WHEELER, OFFICER THEODORE YANCY, and the VILLAGE OF MAYWOOD, respectfully requests that this Honorable Court:

(a) grant Defendants an additional twenty-eight (28) days to answer or otherwise plead;

(b) vacate any and all existing technical defaults; and

(c) for such other or further relief as deemed appropriate by the Court.

Respectfully submitted,

CHIEF JAMES COLLIER, DEPUTY CHIEF MOBLEY, LIEUTENANT JOSE MASARIEGOS, OFFICER DEWAYNE WHEELER, OFFICER THEODORE YANCY, and the VILLAGE OF MAYWOOD

By:   /s/ Kathleen T. Henn
　　　　Kathleen T. Henn

Lance C. Malina
Kathleen T. Henn
KLEIN, THORPE & JENKINS, LTD.
20 N. Wacker Drive, Suite 1660
Chicago, Illinois 60606
(312) 984-6400

iManage:214587_1