## IN THE UNITED STATES DISTRICT COURT,
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARIAN WADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CV 2931 |
| ) | Judge Kendall |
| CHIEF JAMES COLLIER, JR., ET AL. ) | Magistrate Judge Cox |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:   Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
2215 York Road, Suite 504
Oakbrook, Illinois 60523

**PLEASE TAKE NOTICE** that on June 11, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Kendall, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 2319, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and then and there shall present Defendants', CHIEF JAMES COLLIER, DEPUTY CHIEF MOBLEY, LIEUTENANT JOSE MASARIEGOS, OFFICER DEWAYNE WHEELER, OFFICER THEODORE YANCY, and the VILLAGE OF MAYWOOD's, Motion for an Extension of Time to File an Answer or Otherwise Plead, a copy of which is attached hereto and served upon you.

/s/Kathleen T.  Henn
Kathleen T. Henn
One of the attorneys for Defendants

Lance C. Malina
Kathleen T. Henn
Klein, Thorpe and Jenkins, Ltd.
20 N. Wacker Drive – Suite 1660
Chicago, IL  60606
312-984-6400
Firm I.D. 90446

iManage:214586_1

## **CERTIFICATE OF SERVICE**

      I, Kathleen T. Henn, an attorney, certify that I caused a copy of this Notice, and the attachment described therein to be served, along with my appearance upon the above named party, electronically, by filing the same with the Northern District of Illinois' CM-ECF online system on June 6, 2008 before 4:30 p.m.

                                                /s/ Kathleen T. Henn
                                                Kathleen T. Henn