UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Arian Wade
                                 Plaintiff,

v.                                                Case No.: 1:08−cv−02931
                                                        Honorable Virginia M. Kendall

James Collier Jr., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Village of Maywood defendants' motion to vacate ny defaults and for an extension of time to 7/9/2008 to answer or otherwise plead is granted.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.