IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARIAN WADE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 08 CV 2931 |
| v. ) | |
| ) | Judge Kendall |
| CHIEF JAMES COLLIER, JR. (Star No. 100), DEPUTY ) | Magistrate Judge Cox |
| CHIEF DONALD MOBLEY (Star No. 188), LIEUTENANT ) | |
| JOSE MASARIEGOS (Star No. 190), OFFICER DEWAYNE ) | |
| WHEELER (Star No. 245), OFFICER THEODORE YANCY ) | Jury Trial Demanded |
| (Star No. 259), INVESTIGATOR MAURICE MACKLIN ) | |
| (Star No. 333), INVESTIGATOR JEFFERY MARKVART ) | |
| (Star No. 321), the VILLAGE OF MAYWOOD and the ) | |
| COUNTY OF COOK, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO: Kathleen T. Henn
KLEIN, THORPE and JENKINS, LTD
20 N. Wacker Drive, Suite #1660
Chicago, Illinois 60606

PLEASE TAKE NOTICE that at 9:00 am on Tuesday, June 17th, 2008, we will appear before the Honorable Judge Virginia Kendall in the courtroom usually occupied by her, Room #2319 in the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois and then and there present the attached PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT a copy of which is attached hereto and is hereby served upon you.

By: _____
Kathleen T. Zellner

### PROOF OF SERVICE

I, Scott T. Panek, pursuant to Section 1-109 of the Illinois Code of Civil Procedure certify that I served this Notice upon the party to whom it is directed, by electronic filing and by placing a true copy of same in a properly addressed, stamped envelope and depositing the envelope in the U.S. Mail located at 2215 York Road, Oak Brook, Illinois, at or before 5:00 p.m. on the 11th day of June, 2008.

_____
Scott T. Panek

KATHLEEN T. ZELLNER & ASSOCIATES
2215 York Road, Suite #504
Oak Brook, Illinois 60523
(630) 955-1212