**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Arian Wade
                     Plaintiff,

v.
                                           Case No.: 1:08−cv−02931
                                           Honorable Virginia M. Kendall

James Collier Jr., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 16, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall: Plaintiff's motion for leave to file an amended complaint [20] is granted. Plaintiff is directed to effect service of the amended complaint on all parties forthwith.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.