### *United States District Court for the Northern District of Illinois*

Case Number: 08cv2931                    Assigned/Issued By: j. n.

Judge Name:                              Designated Magistrate Judge:

---

## FEE INFORMATION

**Amount Due:**     ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP      ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
         (Type of Writ)

1 Original and 0 copies on 6-20-08 as to county of cook
                            (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05