UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Arian Wade
                                    Plaintiff,
v.                                                          Case No.: 1:08−cv−02931
                                                            Honorable Virginia M. Kendall
James Collier Jr., et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2008:

MINUTE entry before the Honorable Virginia M. Kendall:Defendants' motion to dismiss [27] is taken under advisement. Plaintiff is given to 8/1/2008 to file a response. Reply is to be filed by 8/15/2008. Court will rule by mail.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.