IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARIAN WADE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 08 CV 2931 |
| | )   Judge Kendall |
| CHIEF JAMES COLLIER, JR., ET AL. | )   Magistrate Judge Cox |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

TO:    Kathleen T. Zellner
          Douglas H. Johnson
          Anne E. Zellner
          Kathleen T. Zellner & Associates, P.C.
          2215 York Road, Suite 504
          Oakbrook, Illinois 60523

**PLEASE TAKE NOTICE** that on July 21, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Kendall, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 2319, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and then and there shall present Defendants', CHIEF JAMES COLLIER, DEPUTY CHIEF MOBLEY, LIEUTENANT JOSE MAZARIEGOS, OFFICER DEWAYNE WHEELER, OFFICER THEODORE YANCY, and the VILLAGE OF MAYWOOD's, Motion for Summary Judgment and Memorandum of Law in Support Pursuant to Rule 56, a copy of which was filed on July 9, 2008 and served upon you via the Northern District of Illinois' CM-ECF online system.

                                                                       /s/Kathleen T. Henn
                                                                       Kathleen T. Henn
                                                                       One of the attorneys for Defendants

Lance C. Malina
Kathleen T. Henn
Klein, Thorpe and Jenkins, Ltd.
20 N. Wacker Drive – Suite 1660
Chicago, IL  60606
312-984-6400
Firm I.D. 90446

## CERTIFICATE OF SERVICE

      I, Kathleen T. Henn, an attorney, certify that I caused a copy of this Notice to be served upon the above named party, electronically, by filing the same with the Northern District of Illinois' CM-ECF online system on July 15, 2008.

                                                      /s/ Kathleen T. Henn
                                                      Kathleen T. Henn