IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARIAN WADE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 08 CV 2931 |
| v. ) | |
| ) | Judge Kendall |
| CHIEF JAMES COLLIER, JR. (Star No. 100), DEPUTY ) | Magistrate Judge Cox |
| CHIEF DONALD MOBLEY (Star No. 188), LIEUTENANT ) | |
| JOSE MASARIEGOS (Star No. 190), OFFICER DEWAYNE ) | |
| WHEELER (Star No. 245), OFFICER THEODORE YANCY ) | Jury Trial Demanded |
| (Star No. 259), INVESTIGATOR MAURICE MACKLIN ) | |
| (Star No. 333), INVESTIGATOR JEFFERY MARKVART ) | |
| (Star No. 321), the VILLAGE OF MAYWOOD and the ) | |
| COUNTY OF COOK, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

TO:   Kathleen T. Henn
      KLEIN, THORPE and JENKINS, LTD
      20 N. Wacker Drive, Suite #1660
      Chicago, Illinois 60606

PLEASE TAKE NOTICE that we have this 16th day of July, 2008, filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, the JOINT STATUS REPORT, copies of which are attached and served upon you.

By: _____
Kathleen T. Zellner

### PROOF OF SERVICE

I, Scott T. Panek, pursuant to Section 1-109 of the Illinois Code of Civil Procedure certify that I served this Notice upon the party to whom it is directed, by electronic filing and by placing a true copy of same in a properly addressed, stamped envelope and depositing the envelope in the U.S. Mail located at 2215 York Road, Oak Brook, Illinois, at or before 5:00 p.m. on the 16th day of July, 2008.

_____
Scott T. Panek

KATHLEEN T. ZELLNER & ASSOCIATES
2215 York Road, Suite #504
Oak Brook, Illinois 60523
(630) 955-1212