IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ARIAN WADE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 2931 |
| | ) | Judge Kendall |
| CHIEF JAMES COLLIER, JR., ET AL. | ) | Magistrate Judge Cox |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   Kathleen T. Zellner
      Kathleen T. Zellner & Associates, P.C.
      2215 York Road, Suite 504
      Oakbrook, Illinois 60523

**PLEASE TAKE NOTICE** that on July 16, 2008, we filed the attached Defendants' APPEARANCE OF LANCE C. MALINA, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois 60604, a true and correct copy of which is attached and served upon you.

/s/ Lance C. Malina
Lance C. Malina
One of the attorneys for Defendants

Lance C. Malina
Kathleen T. Henn
Klein, Thorpe and Jenkins, Ltd.
20 N. Wacker Drive – Suite 1660
Chicago, IL  60606
312-984-6400
Firm I.D. 90446

## **CERTIFICATE OF SERVICE**

      I, Lance C. Malina, an attorney, certify that I caused a copy of this Notice, and the attachment described therein to be served upon the above-named party, electronically, by filing the same with the Northern District of Illinois' CM-ECF online system on July 16, 2008 before 5:00 p.m.

                                                  /s/ Lance C. Malina
                                                  Lance C. Malina