# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 2931 |
| Arian Wade, Plaintiff, v. | |
| Chief James Collier, Jr., et al., Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Maurice Macklin, Jeffery Markvart, and Cook County

| |
|---|
| NAME (Type or print) |
| Stephen L. Garcia |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Stephen L. Garcia |
| FIRM Office of the Cook County State's Attorney |
| STREET ADDRESS 500 Richard J. Daley Center |
| CITY/STATE/ZIP Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER (312) 603-5475 |
|---|---|
| 06195546 | |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐