### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS,
### EASTERN DIVISION

| | | |
|---|---|---|
| **Arian Wade,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No.   08 C 2931 |
| | ) | |
| v. | ) | **Judge Virginia M. Kendall** |
| | ) | |
| **Chief James Collier, Jr., et al.** | ) | **Magistrate Judge Cox** |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' AGREED MOTION FOR ENLARGEMENT OF TIME

Defendants, Maurice Macklin, Jeffery Markvart, and the County of Cook, by and through their counsel, Louis R. Hegeman and Stephen L. Garcia, Assistant State's Attorneys, respectfully move this Court, pursuant to Federal Rule of Civil Procedure 6(b), for an enlargement of time within which to answer or otherwise plead, stating in support:

1. Plaintiff filed his Amended Complaint in this matter on June 16, 2008.

2. This matter has recently been assigned to counsel for defendants. A review of the docket in this matter indicates that alia summons was issued as to defendants Macklin and Markvart on June 23, 2008, and as to Cook County on June 20, 2008.

3. Because this matter has recently been assigned, counsel for defendant requires additional time to prepare responsive pleadings on defendants' behalf. Therefore, defendants request an extension of 28 days, until August 11, 2008, to file their response to plaintiff's complaint.

4. Defendants have not previously requested an enlargement of time to answer or otherwise plead.

5.  Counsel for defendants has discussed this motion for enlargement with counsel for plaintiff, who has indicated there is no objection thereto.

Wherefore defendants, Maurice Macklin, Jeffery Markvart, and the County of Cook, respectfully request that they be granted an additional twenty-eight (28) days within which to answer or otherwise respond to plaintiff's complaint, by August 14, 2008.

        Respectfully submitted,

        RICHARD A. DEVINE
        State's Attorney of Cook County

By:    _s/Stephen L. Garcia_____
       #06195546

Louis R. Hegeman, Supervisor
Special Projects and Assignments

Stephen L. Garcia
Assistant State's Attorney
Special Projects and Assignments
500 Richard J. Daley Center
Chicago, Illinois  60602
312.603.5475