IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| **Arian Wade,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No.     08 C 2931 |
| | ) | |
| v. | ) | **Judge Virginia M. Kendall** |
| | ) | |
| **Chief James Collier, Jr., et al.** | ) | **Magistrate Judge Cox** |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF MOTION

To:     See attached Certificate of Service

PLEASE TAKE NOTICE that on Tuesday, July 22, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall, or whomever may be sitting in her stead in the courtroom usually occupied by her in Room 2319 of the United States Court House, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Defendants' Agreed Motion For Enlargement of Time, a copy of which is hereby served upon you.

RICHARD A. DEVINE
State's Attorney of Cook County

By:     __s/ Stephen L. Garcia_____
Stephen L. Garcia
Assistant State's Attorney
Special Projects and Assignments
500 Richard J. Daley Center
Chicago, Illinois  60602
312.603.5475
ARDC # 06195546

## CERTIFICATE OF SERVICE

I, Stephen L. Garcia, Assistant State's Attorney, hereby certify that I caused a copy of the foregoing Notice of Motion, together with Defendants' Agreed Motion For Enlargement of Time, to be served on the individuals listed below by CM/ECF electronic filing on July 17, 2008.

Kathleen T. Zellner, Esq.
KATHLEEN T. ZELLNER & ASSOCIATES
1717 North Naper Blvd., Suite 203
Naperville, IL  60563
*Attorneys for Plaintiff*


Kathleen T. Henn, Esq.
KLEIN, THORPE & JENKINS, LTD.
20 North Wacker Drive, Ste. 1660
Chicago, IL  60606-2903
*Attorney for Maywood Defendants*

                                               _s/ Stephen L. Garcia_____