**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Arian Wade
                      Plaintiff,

v.                                  Case No.: 1:08−cv−02931
                                          Honorable Virginia M. Kendall

James Collier Jr., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Counsel for Collier defendants fails to appear. Status hearing held and continued to 8/12/2008 at 09:00 AM..Motion hearing held. VIllage of Maywood defendants' motion to dismiss [27] and motion for summary judgment[29] are denied without prejudice. Macklin defendants' motion for an extension of time to answer or otherwise plead [39] is moot. Plaintiff's oral motion for leave to file a second amended complaint is granted. Plaintiff is given to 8/5/2008 to file the second amended complaint. All fact discovery is to be completed by 2/1/2009. All expert discovery is to be completed by 3/15/2009. Dispositive motions with supporting memoranda due by 3/30/2009. Responses due by 4/27/2009. Replies due by 5/11/2009. Court will rule by mail. Status hearing set for 2/3/2009 at 09:00 AM. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.