IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARIAN WADE, | ) |
| Plaintiffs, | ) |
| | ) No. 08 CV 2931 |
| v. | ) |
| | ) Honorable Judge Kendall |
| CHIEF DONALD MOBLEY (Star No. 188), | ) Magistrate Judge Cox |
| OFFICER DEWAYNE WHEELER (Star No. 245), | ) |
| OFFICER THEODORE YANCY (Star No. 259), | ) Jury Trial Demanded |
| and the VILLAGE OF MAYWOOD, | ) |
| Defendants. | ) |

### NOTICE OF FILING

TO:  Lance C. Malina           Stephen L. Garcia
     Kathleen T. Henn          Cook County State's Attorney
     KLEIN, THORPE and JENKINS, LTD   500 Richard J. Daley Center
     20 N. Wacker Drive, Suite #1660   Chicago, Illinois 60602
     Chicago, Illinois 60606

PLEASE TAKE NOTICE that we have this 5th day of August, 2008, filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, the PLAINTIFFS' SECOND AMENDED COMPLAINT, copies of which are attached and served upon you.

By: _____
    Kathleen T. Zellner

### PROOF OF SERVICE

I, Scott T. Panek, pursuant to Section 1-109 of the Illinois Code of Civil Procedure certify that I served this Notice upon the party to whom it is directed, by electronic filing and by placing a true copy of same in a properly addressed, stamped envelope and depositing the envelope in the U.S. Mail located at 2215 York Road, Oak Brook, Illinois, at or before 5:00 p.m. on the 5th day of August, 2008.

_____
Scott T. Panek

KATHLEEN T. ZELLNER & ASSOCIATES
2215 York Road, Suite #504
Oak Brook, Illinois 60523
(630) 955-1212