UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Arian Wade
                        Plaintiff,

v.                                     Case No.: 1:08–cv–02931
                                             Honorable Virginia M. Kendall

Donald Mobley, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held. Without objection, defendants' oral motion to dismiss defnedants Cook County, Markvart, and Macklin is granted. Remaining defendants are given to 9/10/2008 to answer or otherwise plead. Response is to be filed by 9/24/2008. Reply is due by 10/1/2008. Court will rule by mail.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.